UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

(See reverse for requirements of LBR 9011-1 relating to change of address, telephone number, or email address)

CASE NAME: Robert Keith Blackwood          CASE NO: 11-22878

FOR:
- ✓ DEBTOR
- ___ JOINT DEBTOR
- ___ CREDITOR
- ___ ATTORNEY (Please include Bar ID Number _____)
- ___ PLAINTIFF
- ___ DEFENDANT

OLD ADDRESS:

NAME: Robert Keith Blackwood

ADDRESS: 2004 E. 15th Street

Bremerton, WA 98310

PHONE: 360-271-7364

EMAIL ADDRESS (attorney only): _____

NEW ADDRESS:

NAME: Robert Keith Blackwood

ADDRESS: 327 Shore Drive

Bremerton, WA 98310

PHONE: 360-271-7364

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

/s/ David Carl Hill          Date 8-24-2015

David Carl Hill, Attorney for Debtor

Rev. 6/28/2012
Change of Address

RULE 9011-1. NOTICE OF CHANGE OF ADDRESS, TELEPHONE
NUMBER OR EMAIL ADDRESS

    **(a) Written Notice of Change of Address, Phone, Email Address.** Notices of changes of address, telephone number, and email address must be filed in writing within 14 days of the effective date and served on the trustee, parties requesting special notice, and all parties to any adversary proceeding.

    **(b) Conclusive Address.** The address, telephone number, and email address of a party or his or her attorney, as noted on the first pleading filed by that party or attorney or as changed in accordance with subparagraph (a), shall be conclusively presumed to be the last known address, telephone number and email address of said party or attorney.